O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0230 DOC (Ex)                                    Date: November 13, 2009

Title: DONY BESSER ET AL. V. SANDRA CHAPPLE ET AL.

DOCKET ENTRY
        [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

                                        Date:_____   Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

        Kristee Hopkins                                    Not Present
        Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

        NONE PRESENT                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): DENYING DEFENDANT BOWEN'S MOTION FOR
RECONSIDERATION

        Before the Court is Defendant Kimberly Bowen's Motion for Reconsideration of Court's Denial of Defendant Bowen's Motion to Dismiss and Request for Judicial Notice ("Motion for Reconsideration").  The Court finds that the matter is appropriate for decision without oral argument. FED. R. CIV. P. 78; Local Rule 7-15.  After reviewing the moving, opposing, and replying papers, and for the reasons set forth below, the Court DENIES the Motion for Reconsideration.

        Defendant brings this motion under Local Rule 7-18, which states that a motion for reconsideration may be made on the grounds of "a manifest showing of a failure to consider material facts presented to the Court before such decision."  Mot. at 3.

        Defendant argues that the Court erred by failing to consider previously unavailable evidence in support of Defendant's argument that the breach of fiduciary duty claim should be dismissed.  In its September 18, 2009 Minute Order, which denied Defendant's motion to dismiss the

MINUTES FORM 11 DOC                                    Initials of Deputy Clerk _kh_
CIVIL - GEN                                            Page 1 of 2

breach of fiduciary claim in the second amended complaint, the Court noted that Defendant had not presented any new arguments in this second motion to dismiss that were not available in their first motion to dismiss the breach of fiduciary claim.  Dkt. 43.  Defendant argues that because she was unable to make arguments regarding the Unrepresented Buyer Disclosure attached to Plaintiff's opposition to the first Motion to Dismiss, she should be able to make those arguments in the Motion to Dismiss the second amended complaint, and the Court erred in refusing to consider these arguments.  However, upon further review the Court notes that not only was Defendant able to make those arguments in its Reply brief to the first Motion to Dismiss, *she explicitly did so.*  Def.'s Reply to Motion to Dismiss at 9-10.  Defendant's claim that the second motion to dismiss was her first opportunity to present these arguments is unsupported.

Defendant has failed to meet the showing under Local Rule 7-18 of a failure to consider material facts.[1]  Defendant's Motion for Reconsideration is DENIED.

The Clerk shall serve this minute order on all parties to the action.

---

[1]  Defendant may of course present this evidence to the Court at the summary judgment stage.

MINUTES FORM 11 DOC
CIVIL - GEN

Initials of Deputy Clerk _kh_