Andrew L. Leff, Esq. (CA Bar No. 125850)
SPILE, SIEGAL, LEFF & GOOR LLP
16501 Ventura Boulevard, Suite 610
Encino, California 91436
Telephone: (818) 784-6899
Facsimile: (818) 784-0176
aleff@spile-siegal.com

Attorneys for Defendant Associates Group, LLC dba RE/MAX Associates (erroneously sued as RE/MAX ASSOCIATES, a business entity form unknown)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| DONY BESSER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SANDRA CHAPPLE, an individual; RICHARD WOLPER, an individual; CHARLES HAWKINS, an individual; EMPIRE CUSTOM HOMES, LLC, a Utah Limited Liability Company; STERLING MOUNTAIN PROPERTIES DEER CANYON, LLC, a Utah Limited Liability Company; MOUNTAIN LAKE VENTURES, LLC, a Utah Limited Liability Company; SHELBY AHLSTROM, an individual; KIMBERLY BOWEN, an individual; RE/MAX ASSOCIATES, a business entity form unknown; RE/MAX ADVANTAGE, a business entity form unknown and successor to RE/MAX CANYONS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV 09-230 DOC (EX)<br><br>**DEFENDANT RE/MAX ASSOCIATES' JUDGMENT**<br><br>[***Federal Rules of Civil Procedure*, Rule 54]** |

On January 25, 2010, this Court GRANTED the Motion of Defendant RE/MAX Associates (referred to herein as "RE/MAX") to Dismiss the Third Amended Complaint of Plaintiffs Dony Besser, et al. based upon the lack of personal jurisdiction.

1 | JUDGMENT IS HEREBY ENTERED against Plaintiffs Dony Besser, et al.
2 | and in favor of RE/MAX.

DATED: <u>March 26, 2010</u>

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT