# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 09-230 DOC (Ex)                                          Date: August 30, 2011

Title: DONY BESSER et al v. SANDRA CHAPPLE et al

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS):        ORDER TO SHOW CAUSE

On August 29, 2011, the Court granted Plaintiffs' Motion to Dismiss Defendant Kimberly Bowen (Docket 137) and entered default against Defendant Hawkins (Docket 138). Previously, this Court dismissed Defendant RE/MAX (Docket 78) and Defendant Shelby Ahlstrom (Docket 111). It appears that Plaintiffs have attempted to file for default judgment against the remaining defendants but each of those attempts have failed due to deficiencies.

As of August 22, 2011, the date of the Final Pretrial Conference, there was a Jury Trial set for August 30, 2011. (Docket 135). That date was vacated based on Plaintiffs' representations that they would seek default judgments against the remaining Defendants: Sandra Chapple, Richard Wolper, Empire Custom Homes LLC, Sterling Mountain Properties Deer Canyon LLC, and Mountain Lake Ventures, LLC. Plaintiffs are hereby ordered to file default judgments against the remaining defendants by September 26, 2011 or those parties will be dismissed for lack of prosecution.

        The Clerk shall serve this minute order on all parties to the action.