UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   SA CV 09-0230-DOC(Ex) | Date   March 21, 2012 |
| Title   Dony Besser, etc., et al. -v- Sandra Chapple, etc., et al. | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| D. Beard for Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The file in this case lacks the papers that would show it is being timely prosecuted as to defendants Richard Wolper, Charles Hawkins and Sterling Mountain Properties Deer Canyon LLC. Accordingly, the Court, on its own motion, hereby orders plaintiffs to show cause in writing no later than **March 30, 2012**, why this action should not be dismissed as to defendants for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

:   00

Initials of Preparer   db for jcb